1
2
3
4
5
6
7

O

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11   UDON LERTJANTHUK,                    Case No.  EDCV-16-00511-CJC (KES)

12                    Petitioner,

13         v.                             ORDER ACCEPTING FINDINGS AND
                                          RECOMMENDATIONS OF UNITED
14   SECRETARY OF HOMELAND                STATES MAGISTRATE JUDGE
     SECURITY, et al.,
15
                      Respondents.
16

17
18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other

19   records on file herein, and the Report and Recommendation of the United States

20   Magistrate Judge.  No objections to the Report and Recommendation were filed.  The

21   Court accepts the findings and recommendations of the Magistrate Judge.

22         IT IS THEREFORE ORDERED that Judgment be entered dismissing the

23   Petition with prejudice.

24         As a federal prisoner proceeding under 28 U.S.C. § 2241, Petitioner is <u>not</u>

25   required to obtain a certificate of appealability ("COA") in order to appeal to the

26   United States Court of Appeals in this case.  <u>See</u> <u>Harrison v. Ollison</u>, 519 F.3d 952,

27   958 (9th Cir. 2008) (holding that the plain language of 28 U.S.C. § 2253(c)(1) does

28   not require federal prisoners bringing § 2241 petitions to obtain a COA in order to

1

appeal, unless the § 2241 petition "is merely a 'disguised' § 2255 petition"); <u>see</u> <u>e.g.</u>, <u>Tomlinson v. Caraway</u>, No. CV-14-020094-VBF (KK), 2014 WL 4656432, at *1 (C.D. Cal. Sept. 16, 2014) (adopting report and recommendation and noting that petitioner in federal custody was not required to obtain a COA to appeal the denial of his § 2241 petition).

DATED:  December 6, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

_____
KAREN E. SCOTT
United States Magistrate Judge