JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UDON LERTJANTHUK,

               Petitioner,

   v.

SECRETARY OF HOMELAND
SECURITY, et al.,

               Respondents.

Case No.  EDCV-16-00511-CJC (KES)

**JUDGMENT**

     Pursuant to the Court's Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  December 6, 2016

_____

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE